[No. 1580.   Decided December 10, 1894.]

THE TOWN OF OCOSTA, *Respondent*, *v.* C. E. REDFIELD, *Appellant*.

*Appeal from Superior Court, Chehalis County.*

*J. B. Bridges*, for appellant.

*George D. Schofield*, for respondent.

*Per Curiam*.—The respondent moves the court to dismiss the appeal in this case, for the reasons, among others, that the appellant's brief has not been served nor filed, and that the record on appeal has not been sent to this court. These two embrace the further ground asserted that the appeal has not been diligently prosecuted.

It appearing that the time prescribed by law for filing briefs and sending up the transcript in this cause had expired prior to the filing of this motion; and it further appearing that said briefs and transcript have not yet been filed in this court, and appellant offering no excuse for such delays, the motion will be sustained.

---

[No. 1510.   Decided December 17, 1894.]

KARL VON K. GRUNEWALD ET AL., *Appellants*, *v.* WEST COAST GROCERY COMPANY, *Respondent*.

*Appeal from Superior Court, Pierce County.*

*John Leo* and *Cass & Lueders*, for appellants.

*Frederick A. Brown* (*John D. Fletcher*, of counsel), for respondent.

STILES, J.—The notice of appeal in this proceeding was given in open court June 4, 1894, and it appearing that the appeal bond was not filed until June 16, the appeal became ineffectual, this court has no jurisdiction to entertain it, and it must be dismissed. Judgment for costs only against the intervenors Cass and Lueders, the respondent having accepted a voluntary dismissal as to the only other appellant, Rosa Von K. Grunewald.

DUNBAR, C. J., and SCOTT and HOYT, JJ., concur.